# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Exide Holdings, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-11157 (LSS)<br><br>(Jointly Administered) |
| Peter Kravitz, as GUC Trustee of the<br>GUC Trust of Exide Holdings, Inc.,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Victory Packaging, L.P.,<br><br>　　　　　　　　　　　　Defendant. | Adv. No. 21-50749 |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

| | |
|---|---|
| Dated: June 21, 2022 | Dated: June 21, 2022 |
| CONNOLLY GALLAGHER LLP | WHITEFORD TAYLOR & PRESTON, LLP |
| */s/ N. Christopher Griffiths* | */s/ Chad J. Toms* |
| N. Christopher Griffiths, Esq., DE SBN 5180 | Chad J. Toms, Esq., DE SBN 4155 |
| Lisa Hatfield, Esq., DE SBN 4967 | 600 North King Street, Suite 300 |
| 1201 North Market Street, 20th Floor | Wilmington, DE  19801-3700 |
| Wilmington, DE 19801 | Telephone: (302) 357-3253 |
| Telephone: (302) 888-6313 | Email: ctoms@wtplaw.com |
| Email: cgriffiths@connollygallagher.com | |
|        lhatfield@connollygallagher.com | -and- |
| -and- | DICKINSON WRIGHT, PLLC |
| ASK LLP | Jonathan L. Gold, Esq. |
| Joseph L. Steinfeld, Jr., Esq. | International Square |
| MN SBN 0266292 | 1825 Eye Street, NW, Suite 900 |
| 2600 Eagan Woods Drive, Suite 400 | Washington, DC 20006 |
| Saint Paul, MN  55121 | Telephone: (202) 659-6960 |
| Telephone: (651) 406-9665 | Email: jgold@dickinson-wright.com |
| Email: jsteinfeld@askllp.com | |
| | *Counsel for Defendant, Victory Packaging, L.P.* |
| -and- | |
| Edward E. Neiger | |
| 60 East 42nd Street, 46th Floor | |
| New York, NY  10165 | |
| Telephone: (212) 267-7342 | |
| *Counsel for Plaintiff, Peter Kravitz, as GUC Trustee of the GUC Trust of Exide Holdings, Inc.* | |